**MUNCHKIN, INC., Appellant**

v.

**LUV N' CARE, LTD., Appellee**

**2017-1179**

United States Court of Appeals, Federal Circuit.

November 13, 2017

TRAVIS W. McCALLON, Lathrop & Gage LLP, Kansas City, MO, argued for appellant. Also represented by ROBERT CAMERON GARRISON; ALLEN JUSTIN POPLIN, Overland Park, KS.

EDWARD DAVID MANZO, Husch Blackwell LLP, Chicago, IL, argued for appellee. Also represented by ROBERT M. CHIAVIELLO, JR., HARTWELL POWELL MORSE, III, Control Services, Inc., Monroe, LA.

(Lourie, Reyna, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**